IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LUIS ORLANDO LAVANDERO-PEREZ, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-01120-CDL-AGH |
| | * | |
| WARDEN STEWART DETENTION CENTER, et al, | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 17, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 17th day of November, 2026.

David W. Bunt, Clerk

s/ Ashley N. Yates, Deputy Clerk